UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

STEPHEN BYBEL,

    Plaintiff,

v.                                       CASE NO. 8:15-cv-2815-T-23MAP

CITY OF NEW PORT RICHIE, FL, et al.,

    Defendants.
_____/

## **ORDER**

A March 22, 2016 report (Doc. 15) recommends dismissing this action. More than seventeen days has passed, and no party objects. Accordingly, the report and recommendation (Doc. 15) is **ADOPTED**. For the reasons stated in the report and recommendation, this action is **DISMISSED**. The clerk is directed to close the case.

ORDERED in Tampa, Florida, on April 13, 2016.

                                                                STEVEN D. MERRYDAY
                                                         UNITED STATES DISTRICT JUDGE