UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

STEPHEN BYBEL,

    Plaintiff,

v.                                      CASE NO. 8:15-cv-2815-T-23MAP

CITY OF NEW PORT RICHIE, FL, et al.,

    Defendants.

_____/

**ORDER**

A March 22, 2016 report (Doc. 15) recommends dismissing this action. Although an April 7 order (Doc. 17) extends the deadline for Stephen Bybel to object to the report, the deadline has passed, and Bybel fails to object. Accordingly, the report and recommendation (Doc. 15) is **ADOPTED**. For the reasons stated in the report and recommendation, this action is **DISMISSED**. The clerk is directed to close the case.

ORDERED in Tampa, Florida, on May 11, 2016.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE